IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONTE S. GEARHART,<br><br>          Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | Case No. 10-cv-483-JPG |

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Respondent United States of America and against Petitioner Monte S. Gearhart,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed.

                                        NANCY J. ROSENSTENGEL
                                        By:s/Deborah Agans, Deputy Clerk

**Dated:** December 21, 2012


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT
                DISTRICT JUDGE**